

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00565-CV

**IN THE INTEREST OF M.C.M.,** a child,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013CVW000960-C3
Honorable Roel Canales, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The reporter's record for this appeal was due to be filed on August 28, 2015. The full reporter's record has not been filed.

On October 7, 2015, Blanca Hill, one of the court reporters responsible for preparing the reporter's record filed a notification of late record, stating that she has not filed the reporter's record for which she is responsible because appellant has failed to pay the fee.

It is therefore ORDERED that appellant provide written proof to this court on or before October 14, 2015, showing appellant has paid for and has requested Ms. Hill prepare the reporter's record for which she is responsible. This request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court